# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KARL FLEMMING and** : | |
| **YVETTE FLEMMING,** : | |
| : | |
| Plaintiffs, : | |
| : | CASE NO: 7:24-cv-96–WLS |
| v. : | |
| : | |
| **ASI INSURANCE CORP.,** : | |
| : | |
| Defendant. : | |

## ORDER

On September 20, 2024, Defendant ASI Insurance Corp. filed a Notice of Removal (Doc. 1) of the above-styled case to this Court. Pursuant to Local Rule 87, all nongovernmental corporate parties must file a Corporate Disclosure Statement with their initial pleading. M.D. Ga. L.R. 87.

Accordingly, ASI Insurance Corp. is hereby **ORDERED** to file a Corporate Disclosure Statement **immediately and no later than Wednesday, October 2, 2024.**

**SO ORDERED**, this 25th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1