IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KARL FLEMMING and YVETTE FLEMMING, | : : : |
| Plaintiffs, | : : CASE NO: 7:24-cv-96–WLS |
| v. | : : |
| ASI INSURANCE CORP., | : : : |
| Defendant. | : : |

**ORDER**

Pending before the Court is Defendant ASI Insurance Corp.'s Motion to Dismiss (Doc. 9) ("Motion to Dismiss"). On December 2, 2024, Plaintiffs' First Amended Complaint was filed (Doc. 12) ("Amended Complaint"). Also pending before the Court is the parties' Joint Motion to Extend Deadlines (Doc. 13) ("Motion to Extend") in which the parties request that the Court extend the deadlines for Plaintiffs to respond to the Motion to Dismiss and for Defendant to respond to the Amended Complaint. The parties advise that they wish to explore early settlement in this matter without expending party and judicial resources responding to the parties' respective filings, and request the deadlines be extended to January 22, 2025.

The Court notes that upon the filing of the Amended Complaint, Defendant's pending Motion to Dismiss with respect to the original complaint became moot.

The Court encourages the parties to engage in early settlement discussions and finds good cause to grant the Motion to Extend as set forth below.

Accordingly, it is hereby ORDERED that:

1.    The Motion to Dismiss (Doc. 9) is **DENIED, WITHOUT PREJUDICE, AS MOOT**.

2.    The Motion to Extend (Doc. 13) is **GRANTED** with respect to the deadline for Defendant to respond to the Amended Complaint, and Defendant shall have through and including January 22, 2025, within which to respond to Plaintiffs' Amended Complaint.

3. To the extent the Parties are able to reach settlement of this matter by January 22, 2025, they shall file a joint notice of settlement on or before January 22, 2025.

4. The stay of this case set forth in this Court's Order (Doc. 11) dated November 6, 2024, shall remain in place through January 22, 2025, pending further order of this Court.

5. The Court will reset the initial discovery conference by separate Order or Notice, when and if such becomes appropriate.

**SO ORDERED**, this 12th day of December 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**