IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KARL FLEMMING AND YVETTE F. FLEMMING,<br><br>    Plaintiffs,<br><br>v.<br><br>ASI HOME INSURANCE CORP.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO.<br>7:24-cv-00096-WLS |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Karl Flemming and Yvette F. Flemming and Defendant ASI Home Insurance Corp. and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice. Each party shall bear their own costs and attorney's fees.

Respectfully submitted this 20th day of March, 2025.

Prepared and consented to by:

/s/ Christopher C. Meeks
_____
Seth M. Friedman
Georgia Bar No. 141501
Christopher C. Meeks
Georgia Bar No. 371020
Marhsall S. Sims
Georgia Bar No. 804511
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
600 Peachtree Street
Suite 4700
Atlanta, Georgia 30308
T: (404)348-8585
F: (404)467-8845
seth.friedman@lewisbrisbois.com
christopher.meeks@lewisbrisbois.com
marshall.sims@lewisbrisbois.com

*Attorney for Defendant*

Consented to by:

/s/ Brian Braddy
_____
Brian Braddy
Georgia Bar No. 967126
*(with express permission)*
YOUR INSURANCE ATTORNEY, PLLC
260 Peachtree Street
Suite 2200
Atlanta, Georgia 30303
T: (888) 570-5677
F: (888) 881-1075
BPB@yourinsuranceattorney.com

*Attorney for Plaintiffs*

SO ORDERED this 24th day of March, 2025.

_____
W. Louis Sands, Sr. Judge
United States District Court

154335836.1